IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ONE AMD ANTHLON XP CPU; ONE ) | |
| EMACHINE CPU, MODEL T6426, ) | Case No.   08-C-207 |
| SERIAL NUMBER GCD64B0057111; AND ) | |
| ONE PARADYNE CABLE MODEM, ) | |
| MODEL 6350-A4-200, SERIAL NUMBER ) | |
| 6693952, ) | |
| ) | |
| Defendant. ) | |
| ) | |

---

ORDER TO DISMISS

---

IT IS HEREBY ORDERED that the complaint is dismissed without prejudice.

Respectfully submitted this 13th day of February 2009.

Barbara B. Crabb
BARBARA B. CRABB
Chief United States District Court Judge